# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0502. MALISSA KINCHEN v. THE STATE OF GEORGIA et al.**

The State of Georgia filed an in rem complaint seeking forfeiture of $15,179.00 and other property, and Malissa Kinchen answered. On July 25, 2022, the trial court entered an order striking that answer, and Kinchen appeals.[1] We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), a direct appeal may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" Here, the trial court has not entered a final order disposing of the forfeited property. See OCGA § 9-16-12 (e) (allowing state attorney to seek a default judgment where no answer filed); OCGA § 9-16-19 (governing disposition of forfeited property). Kinchen was thus required to follow the interlocutory appeal procedure in order to appeal. See OCGA § 5-6-34 (b). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *State v. White*, 354 Ga. App. 214, 216 (840 SE2d 697) (2020).

---

[1] The same day, the trial court entered two separate orders striking answers filed by others and granting forfeiture as to Kinchen's husband.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __11/21/2022__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*